Affirmed and Opinion Filed February 26, 1997



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-92-02078-CR

### STEVEN WRIGHT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F92-39359-R

---

## OPINION PER CURIAM

Before Chief Justice Thomas and Justices Wright and Moseley

Steven Wright appeals his conviction for aggravated sexual assault of a child under fourteen years old. As part of a plea bargain agreement with the State, appellant pleaded nolo contendere to the charge and was placed on five years' deferred adjudication probation and fined $750. Subsequently, the trial court adjudicated appellant and assessed punishment at twenty years in prison. Appellant appealed.

In his sole point of error, appellant complains he was denied a statement of facts.

After appellant filed his brief, this Court abated the appeal to determine whether appellant had been denied a statement of facts for any reason and to determine whether the statement of facts in this cause was available. The trial court made findings, which we adopted, that the statement of facts was available and could be filed with this Court. On November 22, 1996, we received the statement of facts from the adjudication/revocation hearing held on August 20, 1992. On December 6, 1996, we received the statement of facts from the May 18, 1992 voir dire and May 19, 1992 guilty plea hearing. On December 17, 1992, the statement of facts from another May 18, 1992 hearing was filed.

On December 30, 1996, we gave appellant thirty days to file an amended brief based on the complete record. As of today's date, appellant's counsel, Ross Teter, has not filed an amended brief nor has he filed a motion to extend time to file an amended brief.

It appears the record in this cause is complete, and appellant has not identified any portion of the record that is missing. Therefore, appellant's point of error that he has been denied a statement of facts is moot. Appellant has brought no other points of error for review.

Accordingly, we affirm the trial court's judgment.

PER CURIAM

Do Not Publish
TEX. R. APP. P. 90

-2-




86/1455

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STEVEN WRIGHT, Appellant

No. 05-92-02078-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F92-39359-R).

Opinion delivered per curiam before Chief Justice Thomas, Justices Wright and Moseley.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 26, 1997.

LINDA THOMAS
CHIEF JUSTICE